26 So.2d 918

**Sara Y. MORRIS v. STATE.**

**7 Div. 859.**

Supreme Court of Alabama.

May 21, 1946.

PER CURIAM.

Appeal dismissed, want of prosecution.

---

26 So.2d 919

**H. R. NEWFIELD et al. v. Texas A. HARRIS.**

**6 Div. 459.**

Supreme Court of Alabama.

June 6, 1946.

W. Bruce White, of Birmingham, for appellants.

L. C. Albright, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed.

GARDNER, C. J., and BROWN, FOSTER, and STAKELY, JJ., concur.

---

27 So.2d 881

**George SCHRIMSHER v. STATE.**

**8 Div. 361.**

Supreme Court of Alabama.

Oct. 20, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.

---

26 So.2d 920

**Paul WIGGIN v. STATE.**

**7 Div. 863.**

Supreme Court of Alabama.

May 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, want of prosecution.